MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
JUSTIN L. MARTIN, Missouri State Bar No. 62255
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (206) 615-3735
Email: Justin.L.Martin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DARIUS BROOKS JOHNSON,<br><br>   Plaintiff,<br><br> v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | CIVIL NO. 2:25-cv-01239-CSK<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [~~PROPOSED~~] ORDER** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge with instructions to reevaluate the medical opinions and prior administrative medical findings; reevaluate Plaintiff's residual functional capacity; as needed, continue the sequential evaluation process and obtain vocational expert evidence, if warranted;

STIPULATION TO REMAND; 2:25-cv-01239-CSK

offer Plaintiff the opportunity for a hearing; take action to further develop the record, as necessary; and issue a new decision.

The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

                                              Respectfully submitted,

DATE: June 25, 2025        /s/ *Francesco Paulo Benavides*\*
                                          FRANCESCO PAULO BENAVIDES
                                          (\* as authorized via e-mail on June 20, 2025)
                                          Attorney for Plaintiff

                                          MICHELE BECKWITH
                                          Acting United States Attorney

                                          MATHEW W. PILE
                                          Associate General Counsel
                                          Office of Program Litigation, Office 7

DATE: June 25, 2025        By: /s/ *Justin L. Martin*
                                            JUSTIN L. MARTIN
                                          Special Assistant United States Attorney
                                          Office of Program Litigation, Office 7

                                          Attorneys for Defendant

## [PROPOSED] ORDER

Based upon the parties' stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation.

DATED: June 26, 2025                    [signature]
                                          HON. CHI SOO KIM
5, john.1239.25                               UNITED STATES MAGISTRATE JUDGE

STIPULATION TO REMAND; 2:25-cv-01239-CSK